

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00304-CR

| | | |
|---|---|---|
| DENISHA MARIE NORTH, Appellant | § | On Appeal from the County Court at Law |
| | § | of Cooke County (CR19-64649) |
| V. | § | February 27, 2020 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM